ACCEPTED
01-15-00987-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 6:30:05 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 2015-19223

| | | |
|---|---|---|
| PETRA LARA | § | FILED IN<br>IN THE 1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>12/14/2015 6:30:05 PM<br>165TH CHRISTOPHER PRINE<br>Clerk |
| | § | |
| *Plaintiff* | § | |
| vs. | § | |
| | § | |
| HEMPSTEAD, TEXAS | § | |
| | § | |
| *Defendant* | § | HARRIS COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF APPEAL

TO:    THE HONORABLE 165th DISTRICT COURT CLERK OF HARRIS COUNTY, TEXAS:

COME NOW Plaintiffs, Petra Lara, individually and as next of friend of Isabel Reyes, pursuant to Texas Rule of Appellate Procedure 25, file this, their Notice of Appeal, hereby stating that they desire to appeal the judgment in this case.

Plaintiffs intend to appeal from the trial court's judgment signed on November 16, 2015, a final judgment which resulted from the trial court's order which granted Defendant's Plea to the Jurisdiction, and ordered that Plaintiff's claims against Defendant dismissed.

The appeal will be taken to the Court of Appeals Houston Division in Houston, Texas.

Dated this the 19th day of November 19, 2015.

Respectfully submitted,

FARRAR & BALL, L.L.P.

KYLE W. FARRAR
State Bar No. 24034828
WILLIAM OGDEN
State Bar No. 24073531
1010 Lamar, Suite 1600
Houston, Texas 77002
Tel:    713.221.8300
Fax:    713.221.8301

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record, via U.S. Mail, certified, return receipt requested, and/or hand delivery, and/or facsimile transmission, on the 19th day of November, 2015.

WILLIAM R OGDEN

2